```
              UNITED STATES DISTRICT COURT
                DISTRICT OF NEW HAMPSHIRE
```

<u>David Vogel</u>

    v.                                        Case No. 24-cv-82-JL-TSM

<u>US Attorney General</u>

<u>ORDER</u>

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Talesha L. Saint-Marc dated August 14, 2024.

                                                _____
                                                Joseph N. Laplante
                                                United States District Judge

Date: August 29, 2024

cc:   David Vogel, pro se
       Michael T. McCormack, AUSA